■ The People of the State of New York, Respondent, v. Edgar McCorkle, Appellant.— On November 23, 1964 argument was had on defendant's appeal from a judgment of the Supreme Court, Kings County, rendered July 1, 1963 after a jury trial, convicting him of rape in the second degree and endangering the health or life of a child under the age of 16 years, and imposing sentence. Defendant's conviction was based, in part, upon his alleged confession. On the trial defendant contended that his confession had been coerced by the police and that it was involuntary. The issue as to whether the confession was voluntary or involuntary was submitted to the jury. In the light of the recent decision of the Supreme Court of the United States (*Jackson* v. *Denno*, 378 U. S. 368), on this court's own motion this action is remitted to the trial court for further proceedings in accordance with the procedure prescribed by this court in its decisions of December 21, 1964 (see, e.g., *People* v. *Davis*, 22 A D 2d 921), as modified and amplified by the Court of Appeals in its subsequent decision of January 7, 1965 (*People* v. *Huntley*, 15 N Y 2d 72). In the interim, the pending appeal in this action will be held in abeyance. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ The People of the State of New York, Respondent, v. Arthur Spinney, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Queens County, dated July 2, 1963, which denied without a hearing his application to vacate a judgment of the former County Court, Queens County, rendered March 10, 1950 after a jury trial, convicting him of robbery in the first degree, and other related crimes, and imposing sentence. It appears that on July 9, 1963, in the Supreme Court, Queens County, an order was made upon reargument, adhering to the court's original decision and order of July 2, 1963. The defendant took no appeal from the July 9, 1963 order, but pursuant to the authority conferred by statute (Code Crim. Pro., § 524-b) it has been reviewed on this appeal from the original order. Orders affirmed. No opinion. (For prior appeals by this defendant from denials of prior *coram nobis* applications, see 279 App. Div. 1031; 16 A D 2d 669, cert. den. 371 U. S. 866.) Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.